DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. JONES

> No. 188P94

> Case below: 110 N.C.App. 169

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 June 1994.

STATE v. LAWSON

> No. 142A81-3

> Case below: Cabarrus County

Petition by defendant for writ of habeas corpus denied 25 May 1994. Petition by defendant for writ of certiorari to review the decision of the Cabarrus County Superior Court denied 16 June 1994.

STATE v. MARR

> No. 164PA94

> Case below: 113 N.C.App. 774

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 16 June 1994. Petition by defendant for writ of certiorari to review the order of the Polk County Superior Court allowed 16 June 1994.

STATE v. McCALL

> No. 61P94

> Case below: 113 N.C.App. 203

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

STATE v. MELVIN

> No. 149P94

> Case below: 113 N.C.App. 656

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 16 June 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.